# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LINDA DEJANA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:11-CV-1690-JAR |
| MARINE TECHNOLOGY, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Objections to Plaintiffs' *Duces Tecum* Notice of Videotaped Deposition and Motion for Protective Order [ECF No. 55]. The parties met with the Court on May 8, 2012 and reached an agreement.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Protective Order [ECF No. 55] is **DENIED** as moot.

Dated this 9th day of May, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE