UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA DEJANA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:11-CV-1690-JAR |
| MARINE TECHNOLOGY, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Rule 60 Motion for Reconsideration of the Court's October 19 Order Regarding Defendant's Motion to Compel Financial Information From Plaintiff [ECF No. 113]. The motion is fully briefed and conference was held with counsel on November 9, 2012. Upon reconsideration,

**IT IS HEREBY ORDERED** that Defendants' Rule 60 Motion for Reconsideration [113] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Linda Dejana produce her Federal and state tax returns for the years 2009 to 2011 and a copy of any contract between Atrium Management Services, Inc. and Philip Dejana, subject to a protective order agreed to by the parties.

Dated this _9_ day of November, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE