UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA DEJANA, et al., | ) )  ) ) |
| Plaintiffs, | )  No. 4:11-CV-1690-JAR ) |
| v. | ) ) |
| MARINE TECHNOLOGY INC., et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion for Oral Argument regarding Plaintiffs' Motion to Strike Defendants' Sur-Rebuttal Expert Reports. [ECF No. 142] Upon consideration, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Oral Argument regarding Plaintiffs' Motion to Strike Defendants' Sur-Rebuttal Expert Reports [142] is **GRANTED**. This matter is scheduled for oral argument on Plaintiffs' Motion to Strike Defendants' Proposed "Sur-Rebuttal" Expert Reports of Brant Savander and Anthony Caiazzo [ECF No. 138] on **Friday, July 19, 2013 at 10:00 a.m.** in Courtroom 12N.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**

Dated this 10th day of July, 2013.