# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LINDA DEJANA, et al., | ) |
| Plaintiffs, | ) No. 4:11-CV-1690-JAR |
| v. | ) |
| MARINE TECHNOLOGY INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Continue Oral Argument Hearing. [ECF No. 144] Upon consideration, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Continue Oral Argument Hearing [144] is **GRANTED**. This matter previously scheduled for oral argument on July 19, 2013 on Plaintiffs' Motion to Strike Defendants' Proposed "Sur-Rebuttal" Expert Reports of Brant Savander and Anthony Caiazzo [ECF No. 138] is reset for **Friday, July 26, 2013 at 10:00 a.m.** in Courtroom 12N.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 12th day of July, 2013.